# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Gary Raminger § Case No. 14-46169
Susan Raminger §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2014 . The undersigned trustee was appointed on 12/31/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $       5,800.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]       $ | 5,800.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/04/2015 and the deadline for filing governmental claims was 06/29/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,330.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,330.00 , for a total compensation of $ 1,330.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 16.06 , for total expenses of $ 16.06 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2016                By:/s/Frank J. Kokoszka
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-46169 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka |
|---|---|---|---|---|---|---|
| Case Name: | Gary Raminger | | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| | Susan Raminger | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 11/07/2016 | | | | Claims Bar Date: | 06/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 3540 Jeremy Ranch Ct. Naperville, Il 6056  Order Abandoning Real Property Entered on 12/9/2015 (Document Entry # 39) | 400,000.00 | Unknown | OA | 0.00 | FA |
| 2. First American Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. 2 Couches, 1 Love Seat, 1 Kitchen Table And 4 Chairs, 1 Bedr | 500.00 | 0.00 | | 0.00 | FA |
| 4. 1 Computer And Office Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 5. Work Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. Local 597 Union Pension | 27,562.00 | 0.00 | | 0.00 | FA |
| 7. 2009 Dodge Challenger - 50,000 Miles  Pursuant to Judge's strong recommendation, pursuant to an amended order entered on 2/12/2016 (Docket Entry #45) which resulted in trustee recieving the net amount of $3620.50 instead of $4141.00. | 13,865.00 | 4,141.00 | | 3,620.50 | FA |
| 8. 1998 Jeep Grand Cherokee - 123,000 Miles | 1,176.00 | Unknown | | 0.00 | FA |
| 9. Tax Refund (u)  2014 tax refund in the amount of $2700.00  Pursuant to Judge's strong recommendation after an turnover order had been entered, the trustee agreed to accept $2179.50 pursuant to an amended order entered on 2/12/2016 (Docket Entry #45) | 2,700.00 | 2,700.00 | | 2,179.50 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $447,403.00 | $6,841.00 | | $5,800.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Real property was listed for sale since April 1, 2015
No offers made on the property.
On August 19, 2015, Trustee informed the Mortgage holder that he would agree to abandon the estate's interest in the real property.
Order on Motion for Turnover entered.
Trustee preparing Motion for Sale of Personal Property.

Debtor refused to comply with Turnover Order. Based on Judge's recommendation's Trustee reached a settlement with Debtors.

All assets administered. Trustee submitted a TFR to the UST for review and approval on 10/13/2016

Initial Projected Date of Final Report (TFR): 06/04/2016          Current Projected Date of Final Report (TFR): 10/31/2016

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-46169 | Trustee Name: Frank J. Kokoszka |
| Case Name: Gary Raminger | Bank Name: Bank of Kansas City |
| Susan Raminger | Account Number/CD#: XXXXXX0124 |
| | Checking |
| Taxpayer ID No: XX-XXX7225 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/16 | | First American Bank<br>700 Busse Rd.<br>Elk Grove Village, IL 60007 | Tax Refund<br>Debtor originally agreed to pay $6841 by agreed order, then refused to pay and only offered $5800. Judge suggested it wasn't worth having evidentiary hearing over $1000, so Trustee agreed to $5800. Amount represents debtors' equity in auto(s) and tax refund, former of which was scheduled while latter of which was not. Since majority of it was for the auto(s), I used UTC for scheduled. | | $5,800.00 | | $5,800.00 |
| | | | Gross Receipts $5,800.00 | | | | |
| | 7 | | 2009 Dodge Challenger - 50,000 Miles $3,620.50 | 1129-000 | | | |
| | 9 | | Tax Refund $2,179.50 | 1224-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,800.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,800.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,800.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*  Page Subtotals: $5,800.00 $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0124 - Checking | $5,800.00 | $0.00 | $5,800.00 |
|  | $5,800.00 | $0.00 | $5,800.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | **$5,800.00** |
| Total Gross Receipts: | $5,800.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-46169  
Debtor Name: Gary Raminger  
Claims Bar Date: 6/4/2015  

Date: November 7, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka | Administrative | | $0.00 | $1,330.00 | $1,330.00 |
| 100 2200 | Frank J. Kokoszka | Administrative | | $0.00 | $16.06 | $16.06 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $11,346.29 | $11,346.29 |
| 2 300 7100 | Bergext Inc. Dba Berg Roofing<br>C/O Edgerton & Edgerton<br>125 Wood Street, Pob 218<br>West Chicago, Il 60186-3000 | Unsecured | | $0.00 | $22,791.00 | $22,791.00 |
| 3 300 7100 | Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Unsecured | | $0.00 | $941.41 | $941.41 |
| 4 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $25,582.88 | $25,582.88 |
| 5 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $2,706.24 | $2,706.24 |
| 6 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $23,743.32 | $23,743.32 |
| 7 300 7100 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Association (Us Bank)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $11,943.12 | $11,943.12 |
| | Case Totals | | | $0.00 | $100,400.32 | $100,400.32 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-46169  
Debtor Name: Gary Raminger  
Claims Bar Date: 6/4/2015

Date: November 7, 2016

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-46169
Case Name: Gary Raminger
           Susan Raminger
Trustee Name: Frank J. Kokoszka

    Balance on hand                                                 $        5,800.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 1,330.00 | $ 0.00 | $ 1,330.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 16.06 | $ 0.00 | $ 16.06 |

Total to be paid for chapter 7 administrative expenses      $     1,346.06

Remaining Balance                                     $     4,453.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,054.26  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 11,346.29 | $ 0.00 | $ 510.18 |
| 2 | Bergext Inc. Dba Berg Roofing | $ 22,791.00 | $ 0.00 | $ 1,024.79 |
| 3 | Citibank, N.A. | $ 941.41 | $ 0.00 | $ 42.33 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 25,582.88 | $ 0.00 | $ 1,150.33 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,706.24 | $ 0.00 | $ 121.69 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 23,743.32 | $ 0.00 | $ 1,067.61 |
| 7 | Portfolio Recovery Associates, Llc | $ 11,943.12 | $ 0.00 | $ 537.01 |

Total to be paid to timely general unsecured creditors          $             4,453.94

Remaining Balance                                              $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE