IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-46169 |
| GARY RAMINGER, <br> And SUSAN RAMINGER, | CHAPTER 7 |
| | HON. DONALD CASSLING |
| JOINT DEBTORS. | **Hearing Date: December 2, 2016** <br> **Time: 11:00 a.m.** <br> **Room: 240 (Kane County)** |

CERTIFICATE OF SERVICE

TO: ATTACHED SERVICE LIST

I, Frank J. Kokoszka, hereby certify that on November 8, 2016, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR)** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 122 South Michigan before 5:00 p.m. on November 8, 2016.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq.
ARDC # 6201436
Kokoszka & Janczur, P.C.
122 S. Michigan Ave., Suite 1070
Chicago, Illinois 60603
(312) 443-9600 phone
(312) 443-5704 fax
trustee@k-jlaw.com

Dated: November 8, 2016

# SERVICE LIST
## GARY & SUSAN RAMINGER

Berg Roofing
900 Ogden Avenue, Suite 155
Downers Grove, IL 60515

Citibank, Na
c/o American Infosource, L.P.
P.O. Box 248840
Oklahoma City, OK 73124

Citibank / The Home Depot
Attn: Bankruptcy
P.O. Box 790328
Saint Louis, MO 63179

Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Berg Roofing
c/o Edgerton & Edgerton
125 Wood Street
P.O. Box 218
West Chicago, IL 60186-0218

PVOD, LLC.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Portfolio Recovery Associate, LLC.
P.O. Box 41067
Norfolk, VA 23541

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
**(Via ECF Electronic Notice)**

Counsel for Debtor:
Jon Dowat
Thinking Outside the Box, Inc.
40 Shuman Blvd #320
Naperville, IL 60563
**(Via ECF Electronic Notice)**