UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Gary Raminger | § | Case No. 14-46169 |
| Susan Raminger | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 396,139.00                     Assets Exempt: 44,423.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,453.94       Claims Discharged
                                                 Without Payment: 761,991.06

Total Expenses of Administration: 1,346.06

3) Total gross receipts of $ 5,800.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,800.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 396,139.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,346.06 | 1,346.06 | 1,346.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 271,251.74 | 99,054.26 | 99,054.26 | 4,453.94 |
| **TOTAL DISBURSEMENTS** | $ 667,390.74 | $ 100,400.32 | $ 100,400.32 | $ 5,800.00 |

4) This case was originally filed under chapter 7 on 12/31/2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2016          By: /s/Frank J. Kokoszka, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Dodge Challenger - 50,000 Miles | 1129-000 | 3,620.50 |
| Tax Refund | 1224-000 | 2,179.50 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,800.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Home Mortgage 4801 Frederica St Owensboro, KY 42301 | | 334,733.00 | NA | NA | 0.00 |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | 61,406.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 396,139.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,330.00 | 1,330.00 | 1,330.00 |
| Frank J. Kokoszka | 2200-000 | NA | 16.06 | 16.06 | 16.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,346.06 | $ 1,346.06 | $ 1,346.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 5014 Carol Stream, IL 60197 | | 1,016.48 | NA | NA | 0.00 |
| | AT&T PO Box 5014 Carol Stream, IL 60197 | | 1,016.48 | NA | NA | 0.00 |
| | Berg Roofing 900 Ogden Avenue Suite 155 | | 22,700.00 | NA | NA | 0.00 |
| | Berg Roofing 900 Ogden Avenue Suite 155 | | 22,700.00 | NA | NA | 0.00 |
| | Best Buy 7601 Penn Avenue South Richfield, MN 55423 | | 2,706.24 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 15,446.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 15,446.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 21,258.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 21,258.00 | NA | NA | 0.00 |
| | Citibank Citicorp Credit Services/Attn: Centraliz Po Box 20507 Kansas City, MO 64195 | | 23,281.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Citicorp Credit Services/Attn: Centraliz Po Box 20507 Kansas City, MO 64195 | | 23,281.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 25,170.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 25,170.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Attn: Bankruptcy Po Box 790328 Saint Louis, MO 63179 | | 582.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Attn: Bankruptcy Po Box 790328 Saint Louis, MO 63179 | | 582.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 10,854.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 10,854.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 118.58 | NA | NA | 0.00 |
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 212.77 | NA | NA | 0.00 |
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 455.12 | NA | NA | 0.00 |
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 56.07 | NA | NA | 0.00 |
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 455.12 | NA | NA | 0.00 |
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 64.11 | NA | NA | 0.00 |
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 56.07 | NA | NA | 0.00 |
| | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 | | 64.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 |  | 118.58 | NA | NA | 0.00 |
|  | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 |  | 856.62 | NA | NA | 0.00 |
|  | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 |  | 212.77 | NA | NA | 0.00 |
|  | Rush Copley Patient Financial Services PO Box 352 Aurora, IL 60507 |  | 856.62 | NA | NA | 0.00 |
|  | Us Bank 4325 17th Ave S Fargo, ND 58125 |  | 12,202.00 | NA | NA | 0.00 |
|  | Us Bank 4325 17th Ave S Fargo, ND 58125 |  | 12,202.00 | NA | NA | 0.00 |
| 2 | Bergext Inc. Dba Berg Roofing | 7100-000 | NA | 22,791.00 | 22,791.00 | 1,024.79 |
| 3 | Citibank, N.A. | 7100-000 | NA | 941.41 | 941.41 | 42.33 |
| 1 | Discover Bank | 7100-000 | NA | 11,346.29 | 11,346.29 | 510.18 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 11,943.12 | 11,943.12 | 537.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 25,582.88 | 25,582.88 | 1,150.33 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,706.24 | 2,706.24 | 121.69 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 23,743.32 | 23,743.32 | 1,067.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 271,251.74 | $ 99,054.26 | $ 99,054.26 | $ 4,453.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-46169 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Gary Raminger | | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| | Susan Raminger | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 12/20/2016 | | | | Claims Bar Date: | 06/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 3540 Jeremy Ranch Ct. Naperville, Il 6056<br><br>Order Abandoning Real Property Entered on 12/9/2015 (Document Entry # 39) | 400,000.00 | Unknown | OA | 0.00 | FA |
| 2. First American Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. 2 Couches, 1 Love Seat, 1 Kitchen Table And 4 Chairs, 1 Bedr | 500.00 | 0.00 | | 0.00 | FA |
| 4. 1 Computer And Office Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 5. Work Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. Local 597 Union Pension | 27,562.00 | 0.00 | | 0.00 | FA |
| 7. 2009 Dodge Challenger - 50,000 Miles<br><br>Pursuant to Judge's strong recommendation, pursuant to an amended order entered on 2/12/2016 (Docket Entry #45) which resulted in trustee recieving the net amount of $3620.50 instead of $4141.00. | 13,865.00 | 4,141.00 | | 3,620.50 | FA |
| 8. 1998 Jeep Grand Cherokee - 123,000 Miles | 1,176.00 | Unknown | | 0.00 | FA |
| 9. Tax Refund (u)<br><br>2014 tax refund in the amount of $2700.00<br>Pursuant to Judge's strong recommendation after an turnover order had been entered, the trustee agreed to accept $2179.50 pursuant to an amended order entered on 2/12/2016 (Docket Entry #45) | 2,700.00 | 2,700.00 | | 2,179.50 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $447,403.00 | $6,841.00 | | $5,800.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Real property was listed for sale since April 1, 2015
No offers made on the property.
On August 19, 2015, Trustee informed the Mortgage holder that he would agree to abandon the estate's interest in the real property.
Order on Motion for Turnover entered.
Trustee preparing Motion for Sale of Personal Property.

Debtor refused to comply with Turnover Order. Based on Judge's recommendation's Trustee reached a settlement with Debtors.

All assets administered. Trustee submitted a TFR to the UST for review and approval on 10/13/2016

Exhibit 8

Initial Projected Date of Final Report (TFR): 06/04/2016    Current Projected Date of Final Report (TFR): 10/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-46169 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Gary Raminger | Bank Name: Bank of Kansas City |
| Susan Raminger | Account Number/CD#: XXXXXX0124 |
| | Checking |
| Taxpayer ID No: XX-XXX7225 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/16 | | First American Bank<br>700 Busse Rd.<br>Elk Grove Village, IL 60007 | Tax Refund<br>Debtor originally agreed to pay $6841 by agreed order, then refused to pay and only offered $5800. Judge suggested it wasn't worth having evidentiary hearing over $1000, so Trustee agreed to $5800. Amount represents debtors' equity in auto(s) and tax refund, former of which was scheduled while latter of which was not. Since majority of it was for the auto(s), I used UTC for scheduled. | | $5,800.00 | | $5,800.00 |
| | | | Gross Receipts $5,800.00 | | | | |
| | 7 | | 2009 Dodge Challenger - 50,000 Miles $3,620.50 | 1129-000 | | | |
| | 9 | | Tax Refund $2,179.50 | 1224-000 | | | |
| 12/05/16 | 101 | Frank J. Kokoszka | Distribution | | | $1,346.06 | $4,453.94 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($1,330.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($16.06) | 2200-000 | | | |
| 12/05/16 | 102 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 4.50 % per court order. | 7100-000 | | $510.18 | $3,943.76 |
| 12/05/16 | 103 | Bergext Inc. Dba Berg Roofing<br>C/O Edgerton & Edgerton<br>125 Wood Street, Pob 218<br>West Chicago, Il 60186-3000 | Final distribution to claim 2 representing a payment of 4.50 % per court order. | 7100-000 | | $1,024.79 | $2,918.97 |

| | Page Subtotals: | $5,800.00 | $2,881.03 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-46169 |
| Case Name: | Gary Raminger |
| | Susan Raminger |
| Taxpayer ID No: | XX-XXX7225 |
| For Period Ending: | 12/20/2016 |

| | |
|---|---|
| Trustee Name: | Frank J. Kokoszka, Trustee |
| Bank Name: | Bank of Kansas City |
| Account Number/CD#: | XXXXXX0124 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/16 | 104 | Citibank, N.A. C/O American Infosource Lp Po Box 248840 Oklahoma City, Ok 73124-8840 | Final distribution to claim 3 representing a payment of 4.50 % per court order. | 7100-000 | | $42.33 | $2,876.64 |
| 12/05/16 | 105 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 4.50 % per court order. | 7100-000 | | $1,150.33 | $1,726.31 |
| 12/05/16 | 106 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 4.50 % per court order. | 7100-000 | | $121.69 | $1,604.62 |
| 12/05/16 | 107 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 4.50 % per court order. | 7100-000 | | $1,067.61 | $537.01 |
| 12/05/16 | 108 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Association (Us Bank) Pob 41067 Norfolk Va 23541 | Final distribution to claim 7 representing a payment of 4.50 % per court order. | 7100-000 | | $537.01 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,800.00 | $5,800.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,800.00 | $5,800.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,800.00 | $5,800.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $0.00 $2,918.97

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0124 - Checking | $5,800.00 | $5,800.00 | $0.00 |
|  | $5,800.00 | $5,800.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,800.00 |
| Total Gross Receipts: | $5,800.00 |

Page Subtotals:   $0.00   $0.00